UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASMINE SOHAL,

    Plaintiff,

No. C 05-4070 PJH

**JUDGMENT**

    v.

DEPARTMENT OF INDUSTRIAL RELATIONS - DIVISION OF WORKERS' COMPENSATION, ADMINISTRATIVE LAW JUDGES ASSIGNED TO W.C.A.B. CASES OAK 0196995 AND OAK 0203653 AND DOES 1-50,

    Defendants.

_____/

Pursuant to the order signed today, this action is DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

IT SO ORDERED AND ADJUDGED.

Dated: April 28, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge